JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISSA I. L., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK J. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant | No. 2:24-cv-05256-AJR <br><br> [PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $8,210.00 in attorney's fees, subject to the terms of the stipulation.

Dated: 10/30/25

HON. A. JOEL RICHLIN
U.S. Magistrate Judge